No. 87–6589.   MINGLEDOLPH v. MCKEAN ET AL.   Appeal from D. C. N. D. Ill. dismissed for want of jurisdiction.

No. 87–1414.   MARINO v. UNITED STATES.   C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Mathews* v. *United States, ante,* p. 58.

*Miscellaneous Orders*

No. — – ——.   HODGES v. UNITED STATES ET AL.   Motion to direct the Clerk to file the petition for writ of certiorari out of time denied.

No. A–761 (87–1320).   ROSENBAUM v. ROSENBAUM.   Application to suspend the effect of the order entered March 21, 1988 [*ante,* p. 950], addressed to JUSTICE SCALIA and referred to the Court, denied.